# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICHARD J. SINGLETON,<br><br>    Plaintiff,<br><br>    v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:19-CV-03133-TWT |

## ORDER

The parties in the above civil action having reached a settlement at the mediation hearing held on May 4, 2023, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties are otherwise ORDERED to file appropriate dismissal documents after all settlement terms have been satisfied.

SO ORDERED, this  8th  day of May, 2023.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE